IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 5:15-cr-45-RLV |
| | ) | |
| v. | ) | |
| | ) | |
| **TODD PHILLIP RADAR** | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss without prejudice Counts Two and Three against Defendant Todd Phillip Radar in the Bill of Indictment in the above-captioned case. The United States will be proceeding to trial on Counts One and Four through Seven.

It is hereby ordered that the motion be GRANTED and Counts Two and Three against Defendant Todd Phillip Radar in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: February 2, 2016

Richard L. Voorhees
United States District Judge